IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARRIE DAWN RAPER                                                                                           PLAINTIFF

v.                              Civil No. 1:23-cv-01034-SOH-BAB

POLICE CHIEF SHAUN HILLDRETH, Warren
Police Department; DETECTIVE ROBBIE ASHCRAFT,
Warren Police Department; and DETECTIVE TIM
NICHOLS, Warren Police Department                                                                     DEFENDANTS

## ORDER

Plaintiff has filed a Motion for Issuance of a Rule 45 Subpoena.  (ECF No. 23).  She asks for a subpoena to be issued for "discovery on case No: 06CR-21-04 and case number 09CR-20-25."  Plaintiff indicates she has never seen the discovery in the criminal cases against her.  She believes the discovery will allow her to show that "Miranda was never given me."

According to the allegations of the Amended Complaint, Chief Hilldreth and the detectives denied her the right to an attorney and forced her to testify or make statements against her will on a number of occasions.  (ECF No. 8 at 4).  Plaintiff alleges the criminal charges against her were eventually dropped.  *Id.*

At this stage, the Motion for Issuance of a Rule 45 Subpoena (ECF No. 23) is **DENIED.**  As Plaintiff mentions in the Amended Complaint, the Miranda waiver rights forms should be in the possession of the Defendants.  If after Plaintiff engages in discovery with the Defendants she is still unable to obtain information she believes is relevant to her claims, she may

file another motion asking for the issuance of a subpoena.

    IT IS SO ORDERED this 26th day of July 2023.

/s/ Barry A. Bryant
_____
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE