IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARRIE DAWN RAPER                                                                                          PLAINTIFF

v.                                             Case No. 1:23-cv-1034

POLICE CHIEF SHAUN HILDRETH, Warren
Police Department; DETECTIVE ROBBIE
ASHCRAFT, Warren Police Department;
and DETECTIVE TIM NICHOLS, Warren
Police Department                                                                                         DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 28. After evaluating the Motions to Dismiss by Defendants Shaun Hildreth and Robbie Ashcraft (ECF No. 13) and Defendant Tim Nichols (ECF No. 20), Judge Bryant recommends that the motions to dismiss be granted in part and denied in part. Specifically, Judge Bryant recommends: 1) Plaintiff's Fifth Amendment claims regarding self-incrimination be dismissed for failing to state a claim; 2) Plaintiff's Sixth Amendment claims regarding right to counsel be dismissed for failing to state a claim; 3) all claims regarding events before April 28, 2020 be dismissed for being barred by the statute of limitations; and 4) Plaintiff be directed to file a Second Amended Complaint to re-allege only those claims related to events arising after April 28, 2020.

No party has filed an objection to the R&R and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding that there is no clear error on the face of the record and that Judge Braynt's reasoning is sound, the Court adopts the R&R (ECF No. 28) *in toto*. Defendants' Motions to Dismiss (ECF Nos. 13 & 20) are hereby **GRANTED IN PART** and **DENIED IN PART**. Plaintiff's Fifth Amendment self-incrimination claims and Sixth Amendment right to

counsel claims are hereby **DISMISSED WITHOUT PREJUDICE**. Any claims relating to events prior to April 28, 2020 are hereby **DISMISSED WITH PREJUDICE**. Plaintiff's remaining claims may proceed. Plaintiff is hereby **directed** to file a Second Amended Complaint addressing only those claims stemming from events arising after April 28, 2020.

      **IT IS SO ORDERED**, this 18th day of December, 2023.

/s/ Susan O. Hickey<br>
Susan O. Hickey<br>
Chief United States District Judge