IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CARRIE DAWN RAPER                                                                           PLAINTIFF

v.                                         Case No. 1:23-cv-1034

POLICE CHIEF SHAUN HILDRETH,
Warren Police Department; and
DETECTIVE ROBBIE ASHCRAFT,
Warren Police Department                                                                  DEFENDANTS

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Barry A. Bryant, United States Magistrate Judge, Western District of Arkansas. ECF No. 90. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 79) be granted and that Plaintiff's claims be dismissed with prejudice. Plaintiff has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the R&R (ECF No. 90) in toto. Accordingly, Defendants' Motion for Summary Judgement (ECF No. 79) is hereby **GRANTED**. This case is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 25th day of June, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge